```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, etc.,<br><br>              Plaintiffs,<br><br>vs.<br><br>LADY LUCK GOURMET, etc.,<br><br>              Defendant. | NO.  C 09 1544 BZ<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

**IT IS ORDERED** that the Case Management Conference in this case set for July 27, 2009 be continued to **October 26, 2009 at 4:00 p.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  July 20, 2009

                                        Magistrate Judge Bernard Zimmerman

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE