```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, etc.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LADY LUCK GOURMET LLC, a Limited Liability Company, doing business as GO BISTRO,<br><br>　　　　　　Defendant. | NO. C 09 1544 BZ<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO MOTION HEARING DATE |

　　　　Plaintiffs request that the Case Management Conference be continued from October 26, 2009 at 4:00 p.m. to December 2, 2009 at 10:00 a.m., the date and time for the Motion to Compel Compliance with a subpoena in this case.

　　　　　　　　　　　　　　　　　Respectfully submitted.

DATED: October 26, 2009　　　　　ERSKINE & TULLEY
　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　　By:/s/Michael J. Carroll
　　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO MOTION HEARING DATE

1 | ORDER

2 | IT IS SO ORDERED

3 | Dated: October 26, 2009

4 | Magistrate Judge Bernard Zimmerman

28

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO MOTION HEARING DATE