UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SAN )
MATEO HOTEL EMPLOYEES, et  )
al.,                        )        No. C09-1544 BZ
                            )
        Plaintiff(s),       )        **ORDER SCHEDULING HEARING ON**
                            )        **MOTION FOR DEFAULT JUDGMENT**
    v.                      )
                            )
LADY LUCK GOURMET LLC, a    )
Limited Liability Co., dba  )
GO BISTRO,                  )
                            )
        Defendant(s).       )
                            )
_____)

It is **HEREBY ORDERED** that a hearing on plaintiffs'
application for default judgment is scheduled for **Wednesday,
MARCH 17, 2010 at 10:00 a.m.** in Courtroom G, 15th Floor, 450
Golden Gate Avenue, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing
records.  Compliance with 50 App. U.S.C. § 501 et seq. of the
Servicemembers' Civil Relief Act may not be satisfied on
information and belief.  *See* 50 App. U.S.C. § 521(b)(1);
United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.
1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50

App. U.S.C. § 521(b)(1)).  The public website
https://www.dmdc.osd.mil/scra/owa/home will provide the
current active military status of an individual and has
instructions on obtaining certificates of service or non-
service under the Servicemembers' Civil Relief Act.

Plaintiffs should be prepared to prove their damages by
competent testimony or other admissible evidence.  If
plaintiffs intend to prove damages by affidavits or
declarations, the affiant or declarant should have personal
knowledge of all matters to which she testifies.  For all
evidence, proper foundations must be established.  For an
explanation of the evidentiary requirements for proving
damages in a default case, the parties are encouraged to
consult Chapter Six of Civil Procedure Before Trial by William
W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the
validity or amount of plaintiffs' claim.  Seven days before
the hearing, on **Wednesday, MARCH 10, 2010**, plaintiffs shall
file a declaration setting forth in detail all steps taken to
serve defendant with notice of this hearing.

Dated: February 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BD. OF TRUSTEES V. LADY LUCK GOURMET\SCHED ORD.wpd

2