1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE SAN)
     MATEO HOTEL EMPLOYEES, et   )
12   al.,                       )     No. C09-1544 BZ
                                )
13            Plaintiff(s),     )     **ORDER SCHEDULING HEARING ON**
                                )     **MOTION FOR DEFAULT JUDGMENT**
14        v.                    )
                                )
15   LADY LUCK GOURMET LLC, a   )
     Limited Liability Co., dba )
16   GO BISTRO,                 )
                                )
17            Defendant(s).     )
                                )
18   _____)

19        It is **HEREBY ORDERED** that a hearing on plaintiffs'

20   application for default judgment is scheduled for **Wednesday,**

21   **MARCH 17, 2010 at 10:00 a.m.** in Courtroom G, 15th Floor, 450

22   Golden Gate Avenue, San Francisco, California, 94102.

23        Claims for attorneys' fees should be supported by billing

24   records.  Compliance with 50 App. U.S.C. § 501 et seq. of the

25   Servicemembers' Civil Relief Act may not be satisfied on

26   information and belief.  *See* 50 App. U.S.C. § 521(b)(1);

27   United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.

28   1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50

                                  1

1   App. U.S.C. § 521(b)(1)).  The public website

2   https://www.dmdc.osd.mil/scra/owa/home will provide the

3   current active military status of an individual and has

4   instructions on obtaining certificates of service or non-

5   service under the Servicemembers' Civil Relief Act.

6       Plaintiffs should be prepared to prove their damages by

7   competent testimony or other admissible evidence.  If

8   plaintiffs intend to prove damages by affidavits or

9   declarations, the affiant or declarant should have personal

10  knowledge of all matters to which she testifies.  For all

11  evidence, proper foundations must be established.  For an

12  explanation of the evidentiary requirements for proving

13  damages in a default case, the parties are encouraged to

14  consult Chapter Six of Civil Procedure Before Trial by William

15  W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

16      Defendant should attend the hearing if it contests the

17  validity or amount of plaintiffs' claim.  Seven days before

18  the hearing, on **Wednesday, MARCH 10, 2010**, plaintiffs shall

19  file a declaration setting forth in detail all steps taken to

20  serve defendant with notice of this hearing.

21  Dated: February 12, 2010

22

23                      _____

24                      Bernard Zimmerman
                        United States Magistrate Judge

25

    G:\BZALL\-BZCASES\BD. OF TRUSTEES V. LADY LUCK GOURMET\SCHED ORD.wpd

26

27

28