UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LADY LUCK GOURMET LLC, a Limited Liability Co., dba GO BISTRO,<br><br>　　　　Defendant. | No. C09-1544 BZ<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated March 17, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a United States District Judge.

Dated: March 17, 2010

　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\BD. OF TRUSTEES V. LADY LUCK GOURMET\REASSIGNMENT.ORD.wpd

1