UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> LADY LUCK GOURMET LLC, a Limited Liability Co., dba GO BISTRO, <br><br> Defendant. | No. C09-1544 BZ <br><br> **ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated March 17, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a United States District Judge.

Dated: March 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BD. OF TRUSTEES V. LADY LUCK GOURMET\REASSIGNMENT.ORD.wpd

1