IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>LADY LUCK GOURMET LLC, d/b/a GO BISTRO,<br><br>           Defendant.<br>                                                                    / | No. C 09-01544 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs filed this ERISA action on April 8, 2009, alleging that defendant violated the terms of a collective bargaining agreement ("CBA") and certain Trust Agreements by failing to make regular contributions to the San Mateo Hotel and Restaurant Employees Welfare and Pension Funds ("Trust Funds"), of which plaintiffs are trustees. Plaintiffs seek damages for unpaid contributions, liquidated damages, interest, attorneys' fees and costs, and injunctive relief.

Defendant failed to answer the complaint or otherwise appear in this action, and default was entered on September 1, 2009. On February 9, 2010, plaintiffs filed a motion for default judgment. After holding a hearing on the motion, Magistrate Judge Zimmerman issued a Report and Recommendation recommending that plaintiffs' motion be granted, subject to certain modifications. The matter was subsequently reassigned to this Court.

The Court has reviewed the Report and Recommendation. The Court hereby ADOPTS the Report and Recommendation in full and GRANTS plaintiffs' motion for default judgment. (Docket Nos. 32, 25). The Court orders that default judgment be entered in favor of plaintiffs and against defendant as follows:

| | |
|---|---|
| Damages for unpaid contributions: | $94,784.29 |
| Liquidated damages: | $9,478.44 |
| Interest: | $1,517.71 |
| Attorneys' fees: | $1,110.00 |
| Costs: | $740.00 |
| **TOTAL:** | **$107,630.44** |

**IT IS SO ORDERED.**

Dated: April 8, 2010

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2