IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.,

      Plaintiffs,

  v.

LADY LUCK GOURMET LLC, d/b/a GO BISTRO,

      Defendant.

No. C 09-01544 SI

**JUDGMENT**

Plaintiff's motion for entry of default judgment is entered. Judgment is entered in favor of plaintiffs and against defendant as follows:

| | |
|---|---|
| Damages for unpaid contributions: | $94,784.29 |
| Liquidated damages: | $9,478.44 |
| Interest: | $1,517.71 |
| Attorneys' fees: | $1,110.00 |
| Costs: | $740.00 |
| **TOTAL:** | **$107,630.44** |

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 8, 2010

SUSAN ILLSTON
United States District Judge